■ RAYMOND MANCO, JR., et al., Respondents, v JOHN MARONE et al., Respondents, et al., Defendants, and JOSEPH PEREIRA, Appellant. [659 NYS2d 1007] —Appeal by Joseph Pereira from an order of the Supreme Court, Nassau County (Winick, J.), dated July 25, 1996.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Winick at the Supreme Court. Miller, J. P., Sullivan, Altman and Florio, JJ., concur.